| | | | |
|---|---|---|---|
| Wells Fargo Bank, N.A. v. Golphin [30] | 08/22/2016 356 MAL (2016) | Denied | Pa.Super., 141 A.3d 597 |
| Williams v. Scott; Scott In re ....... | 08/10/2016 160 WAL (2016) | Denied | No. 194 WDA 2016 |
| Zellat v. McCulloch | 09/06/2016 81 WAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| Carmack v. W.C.A.B. (PJ Dick, Inc./Trumbull Corp.) ........... | 08/16/2016 144 WAL (2016) | Denied | |
| Com. v. Neighbor's First Federal Credit Union Check in Amount of $76,389.27 ....... | 08/16/2016 226 MAL (2016) | Denied | Pa.Cmwlth., 141 A.3d 602 |
| Crivellaro v. Williams Tp. Zoning Hearing Bd. .. | 08/16/2016 183 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 162 |
| Estate of Deckard v. Pennsylvania Liquor Control Bd.; Malt Beverage Distributors Association v. Pennsylvania Liquor Control Bd.; Duffer's Beverage, LLC v. Pennsylvania Liquor Control Bd; Mechanicsburg Distributing, Inc., 6485 Carlisle Pike Associates, L.P. v. Pennsylvania Li- | | | |

30. Justice MUNDY did not participate in the consideration or decision of this matter.

| | | | |
|---|---|---|---|
| quor Control Bd. | 08/30/2016 651, 830, 849, 850, 851, 852, 853, 854, 855 MAL (2015), 115 MAL (2016) | Denied | Pa.Cmwlth., 121 A.3d 1173 |
| Drack v. Hamilton, Drack, In re ...... | 08/23/2016 228 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 162 |
| Embreeville Redevelopment, L.P. v. Board of Supervisors of West Bradford Tp. .......... | 08/10/2016 234 MAL (2016) | Denied | Pa.Cmwlth., 134 A.3d 1122 |
| Erie Ins. Exchange ex rel. Sullivan v. Pennsylvania Ins. Dept.; Erie Indemnity Co., In re .... | 08/10/2016 90 WAL (2016) | Denied | Pa.Cmwlth., 133 A.3d 102 |
| F. Zacherl, Inc. v. Flaherty Mechanical Contractors, LLC; West Allegheny School Dist., In re .............. | 08/16/2016 53–54 WAL (2016) | Denied | Pa.Cmwlth., 131 A.3d 103 |
| Fennell v. Goss ..... | 08/22/2016 221 MAL (2016) | Denied | Pa.Cmwlth., 133 A.3d 126 |
| Freedman v. W.C.A.B. (Starr Restuarant) ...... | 08/31/2016 152 EAL (2016) | Denied | |